CARNEY SHEGERIAN, ESQ. (SBN: 150461)
SHEGERIAN & ASSOCIATES
225 ARIZONA AVENUE, SUITE 400
SANTA MONICA, CALIFORNIA 90401
TEL: (310) 860-0770  FAX: (310) 860-0771

EBBY S. BAKHTIAR, ESQ. (SBN: 215032)
LIVINGSTON • BAKHTIAR
3435 WILSHIRE BOULEVARD, SUITE 770
LOS ANGELES, CALIFORNIA 90010
TEL: (213) 632-1550  FAX: (213) 632-3100

Attorneys for Plaintiff:
JUANITA MARTINEZ

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA MARTINEZ, an Individual,<br><br>PLAINTIFF,<br><br>v.<br><br>SARAH YOSHIYAMA, an Individual; WAL-MART STORES, INC., a Corporation; and DOES 1 to 100, Inclusive,<br><br>DEFENDANTS. | Case No: 2:12-cv-07917 RGK-JC<br><br>[Originally Los Angeles County Superior Court Case No.: BC487361]<br><br>**ORDER GRANTING REMAND TO STATE COURT**<br><br>DATE: NOVEMBER 19, 2012<br>TIME: 9:00 AM<br>DEPT: 850 |

For good cause showing, IT IS ORDERED that this case is immediately remanded back to the Superior Court of the State of California in the Los Angeles County Central District Court according to the terms of the attached Joint Stipulation:

1. Pursuant to the agreement of Plaintiff and all named Defendants, this action shall be immediately remanded to the Superior Court of the State of California, Los Angeles County Central District Court.

2. The parties recognize and agree that this stipulation for remand is intended solely to avoid the time and expense associated with litigating these remand issues. Nothing in this stipulation shall prevent Defendant Sam's West, Inc., in its discretion, from removing this matter to Federal Court at a later date in the event that

removal becomes proper. Nothing in this stipulation shall prevent Plaintiff from contesting a future removal and seeking to have the case remanded back to State Court.

**IT IS SO ORDERED.**

Dated: OCT 3 0 2012

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE